EXHIBIT C

Exhibit C

From: Elie Elkessrwany <elie.elkesrwany@oracle.com>
Date: 3/1/2018 6:13 PM
To: Kenneth Gray <kenneth.gray@oracle.com>

Hi Ken,

Please find attached the survey's list including this and last year, additionally, I pulled all surveys for this year and included the customer rankings along with their feedback (when provided). The customers voluntarily fill these surveys and send them back, we do not solicit for it.

I haded you a physical copy of the performance improvement plan we discussed today and I would like to highlight the following from it:

**Expectations of Satisfactory Performance**
§ Your customer satisfaction scores should meet or exceed the set team targets for all customers as follows:
  § SR Sat overall =>8.0
  § SR Sat overall Sev1 =>8.2
  § SR Sat overall Top Account =>8.5
  § SR Sat overall Top Account Sev1 =>8.7
§ Complaints describing unacceptable behavior from your end must stop completely. It is not acceptable to provide dissatisfactory customer service that would be categorized as rude, unprofessional, condescending, unhelpful, unwilling to talk, negative, impatient, disrespectful, ignoring or unprofessional.
§ You should not advise customers to call the HUB and request SR transfer or solicit the switching of SRs to S1 24x7. Such behavior goes against our metrics and support strategy.
§ You should not reassign or distribute any of your SRs without a good justification, especially 24x7 SRs that are in customer working.
§ Pay attention to updates from development on bugged SRs and relay appropriate information to the customer in a timely manner.

**You must establish and maintain improved performance by completing (or demonstrating sustained improvement in) the following:**

1) Complete the following required training by March 23rd, 2018
   Harvard ManageMentor Topic: Difficult Interactions
   http://ilearning.oracle.com/oukc/login

   Customer Focus Topic - Harvard ManageMentor (HMM)
   http://oracle.myhmm.org/hmm/customer_focus/topic_landing.html

   Customer Service Video Series
   http://techbus.safaribooksonline.com/video/sales-and-marketing/9780134464732

   CUSTOMER FOCUS TRAINING: Communications and Setting Customer Expectations
   http://oukc.oracle.com/static09/opn/login/?t=checkusercookies%7Cr=-1%7Cc=1081066322

   Customer Service Soft-skills Training Best Practices in Providing a Superior Customer
   http://readnesseu.us.oracle.com/pls/rdyeu/OUWEB3.ou_search?p_submit=Go&
   p_course_name=Customer+Service+Soft-
   skills+Training+Best+Practices+in+Providing+a+Superior+Customer&p_keyword=t&
   p_category1=%25&p_category2=%25&p_category3=%25&p_category4=%25&
   p_category5=%25&p_coursetype=%25&p_productversion=%25&p_programtype=%25&

```
p_job=%25&p_language=ANY&p_deliverytype=%25&p_availability=AC&p_date=%25&
p_region=%25&p_country=%25&p_location=%25&p_logo=1&p_search_filters=1&p_report=1&
p_schedule=1&p_token=1&p_querynumber=1
```

2) Meet or exceed customer expectations goals by receiving positive surveys.
3) Negative feedback and escalations in relation to your behavioral or soft skills must cease.
4) You are expected to be logged into GCCA and available to receive calls at all time during your shift and should not miss more than 10% of incoming calls.
5) You should be in the office on time for your scheduled shift and communicate with management any delay or required absence in advance.
6) You should use good judgment and seek help from management or technical resources in a timely manner.
7) A summary of all communication and actions must be recorded during the lifetime of the SR including highlights of phone conversations.
8) Action plans must be fully researched and verified before they are provided to the customer. Where possible, multiple options must be presented to the customer and he/she should be allowed to choose what the best approach would be for their business.
9) You should take a partnering approach rather than an authoritative one with the customer to help him resolve his incident and enable him to restore or resume business as efficiently as possible.
10) Leverage all the tools available to help expedite and resolve customer issues. Including, using pace, setting s1 outage status, involving required teams through collaboration SRs and initiating a Webex session with the customer and other parties as required.

---

Failure to demonstrate immediate and ongoing improvements in your performance will subject you to further disciplinary action up to and including termination. Such action may be taken at any time without advanced notice.

(copied from manager's March 1, 2018 supplement)

---

**ORACLE**

Elle Elkesrwany | Sr. Manager
P: +1.385.345.9361 | M: +1.385.985.4616
Oracle Database High Availability
3450 Triumph Blvd | Lehi, UT 84043

--- Attachments: ---

Survey responses details.docx                                       27 bytes